IN THE SMALL CLAIMS COURT OF
TALLAPOOSA COUNTY, ALABAMA

| | |
|---|---|
| IRENE WASSERMAN, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-1091-WKW |
| ) | |
| v. ) | Case Number: SM-07-341 |
| ) | |
| GREGORY LONG, Executive Director, ) | |
| Federal Retirement Thrift Investment ) | |
| Board. ) | |

### NOTICE OF FILING REMOVAL

Frank Lucas
Clerk of the Court
125 N. Broadnax St., Rm. 132
Dadeville, AL 36853

PLEASE TAKE NOTICE that on this 14th of December, 2007, the United States filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal and Substitution of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 14th day of December, 2007.

                              LEURA G. CANARY
                              United States Attorney

By: _____
      R. Randolph Neeley
      Assistant United States Attorney
      Bar Number:  #9083-E56R
      Attorney for Defendant
      United States Attorney's Office
      Post Office Box 197
      Montgomery, AL  36101-0197
      Telephone: (334) 223-7280
      Facsimile:  (334) 223-7418
      E-mail:  rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

      Irene Wasserman
      4554 Notasulga Rd.
      Tallassee, AL  36078

                        _____
                        Assistant United States Attorney