IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRENE WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ACTION NO.: **3:07-cv-1091-WKW** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

&

| | | |
|---|---|---|
| ROBERT WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ACTION NO.: **3:07-CV-1092-WKW** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONSOLIDATE

COMES now Defendant, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 42, Federal Rules of Civil Procedure, respectfully requests that these actions be consolidated and as grounds states as follows:

1.  The plaintiff in each of the above-styled complaints seeks damages from the United States for the alleged tortious conduct of its employees which allegedly occurred during the course and in relation to their official duties. Particularly, Plaintiffs, who are

husband and wife, claim to have been damaged by the United States in relation to the processing of certain financial transactions involving the Thrift Savings Plan (TSP) account of the plaintiff, Irene Wasserman.

2. As these actions involve common questions of fact and/or law, the defendant requests that they be consolidated under the first filed number. The defendant asserts that the consolidation of these matters will serve the equally important goals of conservation of scarce judicial resources and the elimination of unnecessary costs to the parties.

3. As both parties appear to be bringing their claims *pro se,* the undersigned has not attempted to determine their position on this request.

Respectfully submitted this 17th day of December, 2007.

                                       LEURA G. CANARY
                                       United States Attorney

                                       By: /s/ R. Randolph Neeley
                                       R. RANDOLPH NEELEY
                                       Assistant United States Attorney
                                       Bar Number: 9083-E56R
                                       Post Office Box 197
                                       Montgomery, AL  36101-0197
                                       Telephone No.: (334) 223-7280
                                       Facsimile No.: (334) 223-7418
                                       E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I filed the foregoing with the Clerk of the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

Irene Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078

Robert Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078

_____
Assistant United States Attorney