IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRENE H. WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:07-cv-1091-WKW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |
| | ) | |
| ROBERT WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-1092-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the motion to dismiss filed by the United States on December 14, 2007 (Doc. # 4), it is

ORDERED that plaintiffs Irene and Robert Wasserman may file a response to the motion on or before **January 7, 2008**.

Done, this 21st day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE