IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRENE H. WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:07-cv-1091-WKW |
| v. | ) | |
| | ) | |
| GREGORY T. LONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| | ) | |
| ROBERT WASSERMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-1092-WKW |
| | ) | |
| GREGORY T. LONG, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This court entered an order (Doc. # 8) consolidating the above cases on December 21, 2007. On December 26, 2007, the plaintiffs filed a response that opposed consolidation of the cases. (Doc. # 10.) The court construes this response as a motion for reconsideration of the court's order.

A court may order consolidation "when actions involving a common question of law or fact are pending before the court." Fed. R. Civ. P. 42(a). Here, the plaintiffs are husband and wife who assert that they have been damaged by the way the United States processed certain financial transactions involving plaintiff Irene Wasserman's Thrift Saving Plan

account. While the plaintiffs allege that consolidation is inappropriate because each party experienced distinct losses, the court finds that these actions involve common questions of law or fact and that consolidation is appropriate.

It is ORDERED that the motion for reconsideration (Doc. # 10) of the court's order regarding consolidation is DENIED. These cases are REFERRED back to the magistrate judge for further proceedings.

Done this 9th day of January, 2008.

                                      /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE