IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRENE H. WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:07-cv-1091-WKW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| | ) | |
| ROBERT WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-1092-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In view of the supplemental response to the motion to dismiss filed by Irene Wasserman and Robert Wasserman on January 7, 2008 (Doc. # 15), indicating that plaintiffs did not receive a copy of the United States' motion to dismiss until January 4, 2008, it is

ORDERED that the plaintiffs may have additional time – until January 17, 2008 – to file a response to the motion to dismiss.

It is further ORDERED that the government shall file a reply to the response on or before January 25, 2008.

DONE, this 9th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE