IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRENE H. WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:07-cv-1091-WKW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| | ) | |
| ROBERT WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-1092-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The reply brief filed by the United States on January 25, 2008 references four attachments. (See Doc. # 19, p. 3). The referenced attachments were not filed with the reply brief. Accordingly, it is

ORDERED that the defendant is DIRECTED to file the referenced attachments on or before February 22, 2008.

It is further ORDERED that the defendant is DIRECTED to file certified copies of the current docket sheets for plaintiffs' Tallapoosa County Small Claims Court actions, SM 2007-341 and 2007-342, on or before February 22, 2008.

Done, this 20th day of February, 2008.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE