# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| IRENE WASSERMAN, | ) | |
| ROBERT WASSERMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Action No.: 3:07-cv-1091-WKW-SRW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO ORDER

COMES NOW Defendant, the United States of America, by and through Leura G.

Canary, United States Attorney for the Middle District of Alabama, and pursuant to the Court's

Order of February 20, 2008 (doc. 20) provides the following:

1. Attachment 1 -   Notice of Filing Removal, No. SM-07-341, Irene Wasserman

2. Attachment 2 -   Motion to Set Aside Default Judgment, No. SM-07-341, Irene Wasserman

3. Attachment 3 -   Notice of Filing Removal, No. SM-07-342, Robert Wasserman

4. Attachment 4 -   Motion to Set Aside Default Judgment, No. SM-07-342, Robert Wasserman

5. Attachment 5 -   Certified Copy of Docket Sheet, No. SM-07-341, Irene Wasserman

6. Attachment 6 -   Certified Copy of Docket Sheet, No. SM-07-342, Robert Wasserman

Respectfully submitted this the 21st day of February, 2008.

LEURA G. CANARY
United States Attorney

By: s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by

United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Irene & Robert Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078.

s/R. Randolph Neeley
Assistant United States Attorney

# ATTACHMENT 1

IN THE SMALL CLAIMS COURT OF
TALLAPOOSA COUNTY, ALABAMA

| | |
|---|---|
| IRENE WASSERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: **SM-07-341** |
| | ) |
| GREGORY LONG, Executive Director, | ) |
| Federal Retirement Thrift Investment | ) |
| Board. | ) |

## NOTICE OF FILING REMOVAL

Frank Lucas
Clerk of the Court
125 N. Broadnax St., Rm. 132
Dadeville, AL 36853

PLEASE TAKE NOTICE that on this 14th of December, 2007, the United States

filed in the office of the Clerk of the United States District Court for the Middle District

of Alabama a Notice of Removal and Substitution of the above-styled action to that

Court. A copy of that Notice is hereby filed with this Court. This action has been

removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d),

this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 14th day of December, 2007.

LEURA G. CANARY
United States Attorney

By:  _____

R. Randolph Neeley
Assistant United States Attorney
Bar Number: #9083-E56R
Attorney for Defendant
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of

the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy

of same to the following:

Irene Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078

_____
Assistant United States Attorney

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

IRENE WASSERMAN,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )       ACTION NO.:_____
                                    )
GREGORY LONG, Executive Director,   )
Federal Retirement Thrift Investment )
Board,                              )
                                    )
            Defendant.              )

### NOTICE OF REMOVAL

Petitioner, Gregory Long, Executive Director, Federal Retirement Thrift

Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), by and

through Leura G. Canary, United States Attorney for the Middle District of Alabama,

respectfully petitions for removal of this action from the Small Claims Court of

Tallapoosa County, Alabama, to the United States District Court for this District, and in

support thereof, represent the following:

    1.      That Petitioner, Gregory Long, Executive Director, Federal Retirement

Thrift Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), is

a named Defendant in the above-captioned civil action which is pending in the Small

Claims Court of Tallapoosa County, Alabama, Civil Action No. SM-07-341. Copies of

all process, pleadings, and orders served upon Defendants in such action are attached

hereto.

2.    That the above-captioned action is one which may be removed without

bond to this court pursuant to 28 U.S.C. §§ 1442(a)(1), for the reasons that this is an

action against an officer and/or agency of the United States for any act under color of

such office.

WHEREFORE, Petitioner prays that said action be removed from the Small

Claims Court of Tallapoosa County, Alabama.

Respectfully submitted this 14th day of December, 2007.

LEURA G. CANARY
United States Attorney

By:

R. Randolph Neeley
Assistant United States Attorney
Bar Number: #9083-E56R
Attorney for Defendant
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of

the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy

of same to the following:

Irene Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078

Assistant United States Attorney

## Case Action Summary - 62SM200700034100

| Date | Time | Code | Comments | Operator |
|------|------|------|----------|----------|
| 11/26/2007 | 1:40:09 | ASSJ | ASSIGNED TO JUDGE: CLAYTON KIM TAYLOR    (AV01) | BRF |
| 11/26/2007 | 1:40:10 | ORIG | ORIGIN: INITIAL FILING    (AV01) | BRF |
| 11/26/2007 | 1:40:11 | TDMN | BENCH/NON-JURY TRIAL REQUESTED    (AV01) | BRF |
| 11/26/2007 | 1:40:12 | SCAN | CASE SCANNED STATUS SET TO: N    (AV01) | BRF |
| 11/26/2007 | 1:40:13 | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | BRF |
| 11/26/2007 | 1:40:27 | PART | WASSERMAN IRENE H. ADDED AS C001    (AV02) | BRF |
| 11/26/2007 | 1:41:13 | PART | LONG GREGORY ADDED AS D001    (AV02) | BRF |
| 11/26/2007 | 1:41:14 | SUMM | CERTIFIED MAI ISSUED: 11/26/2007 TO D001    (AV02) | BRF |
| 12/11/2007 | 10:44:51 | SERC | D001 SERVED CERTIFIED MAIL ON 11/28/2007 | BRF |

 **END OF THE REPORT**

RECEIVED NOV 28 2007

| State of Alabama<br>Unified Judicial System<br><br>Form SM-1 (front)  Rev. 3/95 | STATEMENT OF CLAIM<br>(Complaint)<br>General | Case Number<br><br>SM-07.341 |

IN THE SMALL CLAIMS COURT OF _____*TALLAPOOSA*_____, ALABAMA

*(Name of County)*

*IRENE  H.  WASSERMAN*  v.  *GREGORY  T.  LONG*

Plaintiff                                   Defendant

Plaintiff's
Home Address  *4554  NOTASULGA  RD*
*TALLASSEE, AL  36078*

Defendant's
Home Address  *Executive  Director,*
*Federal  Retirement  Thrift*
*Investment  Board*
*1250  H  Street  NW*
*WASHINGTON,  DC*

Plaintiff's Attorney's
Address

Additional
Defendant(s)
and Addresses  *20005*
*BHM  TSP  OFFICE  MANAGER*
*P.C.  Box  385021*
*BHM,  AL  35238*

### NOTICE TO EACH DEFENDANT - READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

### COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ *3000. 00* because: *the BHM office Failed to honor my verbal and written request to have my allotted ONE AGE-BASED withdrawal of $76,110 completed in January, 2007. This MISMANAGEMENT OF MY RETIREMENT Account RESULTED IN A TAX of $16,621 of which $5,210 was my responsibility.*

2. Plaintiff also claims from the defendant court costs in the sum of $ ~~00.00~~ *(see note below)*, plus
$ _____ for interest and $ _____ for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE:    The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

CLERK'S ADDRESS:
**Frank Lucas, Circuit Clerk
Tallapoosa County Courthouse
125 N. Broadnax St., Room 132
Dadeville, AL  36853**

Clerk's Phone No. _____

*(See Instructions on the Back)*

*Irene H. Wasserman*
Plaintiff or Plaintiff's Attorney (Signature)

Attorney Code _____

Plaintiff's or Plaintiff's Attorney's Phone Number _____

Date of Filing _____

RECEIVED
NOV 2007
FRANK LUCAS
CIRCUIT CLERK

| Form SM-1 (back) | Rev. 3/95 | |
|---|---|---|

### INSTRUCTIONS TO THE PLAINTIFF'S

This is your case, and if you are acting as your own lawyer, you are responsible in seeing that your claim is successfully presented at each stage of the procedure until it is concluded.

The clerk of the court has a brochure which tells you how to handle a Small Claims case. This brochure is free to you on request.

1. You must complete one of these forms for each defendant you wish to sue. Each defendant must be described by his/her correct legal name and address (not a post office box). Be as brief as possible but include every important name, date and place.

2. To start your case you must file the completed form with the clerk assigned to Small Claims cases. The clerk will stamp a copy for you to show that the case has been filed and will insert the number of the case on the front of this form.

3. You are responsible for seeing that each defendant receives a copy of this form. If you haven't heard from anyone about the case in about fourteen days, then check with the clerk's office, to make sure that each defendant has been served.

4. If any of the defendants ask for a trial you will be notified of the place, the date, and the time. You must be present or your case will be dismissed. You may take a judgment by default fourteen (14) days after the defendant has received a copy of this form, if the defendant fails to file his/her Answer.

5. You are responsible to see to the enforcement of any judgment that is awarded to you. The Small Claims brochure will tell you how to go about recovering your money. It is not the responsibility of the court or the clerk to collect the judgment for you.

**ANY TIME YOU CONTACT THE CLERK ABOUT THIS CASE YOU MUST REFER TO THE CASE NUMBER ON THE FRONT.**

### INSTRUCTIONS TO SHERIFF OR PROCESS SERVER

**To Any Sheriff or Any Person Authorized by Rule 4.1(b)(1) or 4.1(b)(2) of the Alabama Rules of Civil Procedure to Effect Service in the State of Alabama.**

You are hereby commanded to serve this summons and a copy of the Statement of Claim in this action upon the defendant(s) named

_____

and make proper return to this court.

Date _____11-26-07_____          Frank Lucas          By _RH_
                                 Clerk

---

**RETURN ON SERVICE:**

Served on defendant(s) named _____

by delivering a copy of the Summons and Statement of Claim to him/her in _____

County, Alabama, on (Date) _____

_____
Process Server Signature

_____
Title of Process Server

---

This service by certified mail of this Summons and Statement of Claim is initiated upon the request of _____
_____ pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

| Date Requested _____ | Date Mailed _____ |
|---|---|
| Return Receipt Date _____ | _____ BY: _____ |
| | Clerk |

RECEIVED NOV 2 8 2007

AVSO355                     ALABAMA JUDICIAL DATA CENTER
                                 DEFENDANTS ANSWER
                                SMALL CLAIMS        CASE:SM 2007 000341.00 CKT
---------------------------------------------------------------------------
| IN THE DISTRICT COURT OF TALLAPOOSA    COUNTY       DT. FILED: 11/21/2007 |
|                                                                           |
| IRENE H.WASSERMAN VS GREGORY T.LONG                                       |
|                                                                           |
| LONG GREGORY                                                              |
| 1250 H.STREET NW                                                          |
|                                                                           |
| WASHINGTON, DC  20005-0000                                                |
|                 SSN: 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      HOME PHONE:_____  WORK:_____ |
---------------------------------------------------------------------------
| DEFENDANTS ANSWER TO THE COMPLAINT: PLEASE PRINT                          |
|                                                                           |
| NOTICE: IF YOU HAVE BEEN SUED IN A COUNTY IN WHICH YOU DO NOT LIVE AND IF |
| THE SUIT AGAINST YOU IS NOT FOR SERVICES OR WORK AND LABOR PERFORMED IN   |
| THE COUNTY WHERE SUIT HAS BEEN FILED, YOU MAY REQUEST THAT IT BE          |
| TRANSFERRED TO YOUR HOME COUNTY. IF THIS APPLIES, COMPLETE "A" BELOW.     |
|                                                                           |
| CHECK ONE:                                                                |
|                                                                           |
| A _____  I DO NOT LIVE IN THIS COUNTY, I WANT THIS CASE TRANSFERRED TO MY |
|            HOME COUNTY OF _____  _____               |
| B _____  I ADMIT EVERYTHING IN THE STATEMENT OF CLAIM AND DO NOT WANT   |
|            A TRIAL   (THIS MEANS THAT YOU CONSENT TO A JUDGMENT FOR THE   |
|            AMOUNT CLAIMED PLUS COURT COSTS.)                              |
| C _____  I ADMIT I OWE SOME MONEY, BUT NOT THE TOTAL AMOUNT CLAIMED BY THE |
|            PLAINTIFF(S). (IF THIS BLOCK IS CHECKED, THE CASE WILL BE SET  |
|            FOR TRIAL. PLEASE NOTE THAT ANY MONEY PAID BY YOU ON THIS      |
|            CLAIM AFTER THE SUIT WAS FILED MAY NOT BE REFLECTED ON THE     |
|            STATEMENT OF CLAIM WHICH YOU RECEIVED. YOU SHOULD CONTACT THE  |
|            PERSON WHO HAS SUED YOU OR HIS ATTORNEY TO DETERMINE THE       |
|            PRESENT BALANCE WHICH IS CLAIMED.)                             |
| D _____  I DENY THAT I AM RESPONSIBLE AT ALL. (EXPLAIN BELOW)           |
|                                                                           |
| IF YOU CHECKED "C" OR "D", BRIEFLY EXPLAIN THE REASONS FOR YOUR ANSWER.   |
|                                                                           |
---------------------------------------------------------------------------
| NAME AND ADDRESS OF EMPLOYER              |          BUSINESS PHONE       |
|                                           |                               |
|                                           |                               |
|                                           |                               |
|                                           |                               |
---------------------------------------------------------------------------
| THIS ANSWER MUST BE SIGNED BY THE PERSON OR PERSONS WHO HAVE BEEN SUED OR |
| THEIR ATTORNEY. AN ANSWER WHICH IS NOT SIGNED OR WHICH IS NOT SIGNED BY   |
| THE PROPER PERSON CANNOT BE CONSIDERED.                                   |
---------------------------------------------------------------------------
| KEEP A COPY FOR YOUR FILES. MAIL ORIGINAL TO THE COURT ADDRESS BELOW.     |
| MAIL A COPY TO THE PLAINTIFFS ATTORNEY AT THE ABOVE ADDRESS.              |
|                                                                           |
|                                                                           |
|                    ****SIGNATURE OF DEFENDANT OR ATTORNEY****             |
|                                                                           |
|              ADDRESS: _____          |
|                                                                           |
|                       _____          |
|                                                                           |
|   CLERK:FRANK LUCAS                                                       |
|         125 N BROADNAX ST. RM 132                                         |
|                                                                           |
|         DADEVILLE  AL  36853                                             |
|         (256)825-1098                                                     |
|                                                                           |
---------------------------------------------------------------------------
OPERATOR: BRF
PREPARED: 11/26/2007

AFTER FIVE DAYS RETURN TO
**FRANK LUCAS, Circuit Clerk**
TALLAPOOSA COUNTY COURTHOUSE
125 N. Broadnax Street, Room 132
DADEVILLE, AL 36853

**RESTRICTED
DELIVERY**

RETURN RECEIPT
REQUESTED



CERTIFIED MAIL

7003 2260 0006 9147 2636

35234+5021-21 8099

Gregory T. Long
BHM TSP Office Manager
P.O. Box 385021
Birmingham, AL 35238





0000    35238



U.S. POSTAGE
DADEVILLE, AL
35853
NOV 27 '07
AMOUNT
**$9.31**
00036344-05



RECEIVED NOV 2 8 2007

# ATTACHMENT 2

## IN THE SMALL CLAIMS COURT OF
## TALLAPOOSA COUNTY, ALABAMA

IRENE WASSERMAN,                        )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )    Case Number: SM-07-341
                                        )
GREGORY LONG, Executive Director,       )
Federal Retirement Thrift Investment    )
Board.                                  )

### MOTION TO SET ASIDE DEFAULT JUDGMENT

Comes now the defendant, Gregory Long, Executive Director, Federal Retirement

Thrift Investment Board, by and through Leura G. Canary, United States Attorney for the

Middle District of Alabama, and pursuant to Rule 55(c), Alabama Rules of Civil

Procedure, requests this Court set aside the default judgment entered herein on December

26, 2007, and as grounds states as follows:

1.      The complaint in this matter was filed November 15, 2007.

2.      On November 26, 2007, the summons and complaint were issued via

certified mail to the defendant and same were received by an employee of the defendant's

agency on November 28, 2007.

3.      Thereafter, or December 14, 2007, the defendant filed in the United States

District Court for the Middle District of Alabama a Notice of Removal of this cause from

this Court to the United States District Court for the Middle District of Alabama, and a

Notice of Filing Removal with this Court and served copies of the pleadings upon the

plaintiff via US Mail. *See, Exhibit 1 attached hereto.*

4.    On December 19, 2007, this Court received notice of the defendant's removal of this cause.

5.    On December 26, 2007, this Court entered a default judgment against the defendant.

6.    Title 28, United States Code, Section 1446(d) states, "[p]romptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded."

7.    "Once removal was effectuated, the state trial court was divested of jurisdiction over the underlying case and could not, in the absence of an order of remand, take any further action regarding the case." Weinrib v. Duncan, 962 So.2d 167, 169 (Ala. 2007).

8.    Alabama Rule of Civil Procedure 55(c) states, in pertinent part, "[t]he court may also set aside a judgment by default on the motion of a party filed not later than thirty (30) days after the entry of the judgment."

9.    This Court was "divested of jurisdiction" on December 14, 2007, when the matter was removed to the United States District Court for the Middle District of Alabama and since this matter has not since been remanded, this Court was without jurisdiction over this matter at the time of the entry of its default judgment.

WHEREFORE, premises considered, the defendant respectfully requests that the order of default judgment entered herein on December 26, 2007, be set aside and that the record of these proceedings be so corrected such that the defendant may not be made to suffer the possible adverse consequences of same.

Respectfully submitted this 28th day of December, 2007.

LEURA G. CANARY
United States Attorney

By: _____

R. Randolph Neeley
Assistant United States Attorney
Bar Number: #9083-E56R
Attorney for Defendant
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I filed the foregoing with the Clerk of

the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy

of same to the following:

> Irene Wasserman
> 4554 Notasulga Rd.
> Tallassee, AL 36078

Assistant United States Attorney

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
~~NORTHERN~~ DIVISION
Eastern

IRENE WASSERMAN,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )       ACTION NO.: 3:07-CV-1091- WKW
                                    )
GREGORY LONG, Executive Director,   )
Federal Retirement Thrift Investment)
Board,                              )
                                    )
            Defendant.              )

### NOTICE OF REMOVAL

Petitioner, Gregory Long, Executive Director, Federal Retirement Thrift

Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), by and

through Leura G. Canary, United States Attorney for the Middle District of Alabama,

respectfully petitions for removal of this action from the Small Claims Court of

Tallapoosa County, Alabama, to the United States District Court for this District, and in

support thereof, represent the following:

1.      That Petitioner, Gregory Long, Executive Director, Federal Retirement

Thrift Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), is

a named Defendant in the above-captioned civil action which is pending in the Small

Claims Court of Tallapoosa County, Alabama, Civil Action No. SM-07-341. Copies of

all process, pleadings, and orders served upon Defendants in such action are attached

hereto.

DEFENDANT'S
EXHIBIT

CASE
NO.        1

EXHIBIT
NO.    SM-07-341

2.     That the above-captioned action is one which may be removed without bond to this court pursuant to 28 U.S.C. §§ 1442(a)(1), for the reasons that this is an action against an officer and/or agency of the United States for any act under color of such office.

WHEREFORE, Petitioner prays that said action be removed from the Small Claims Court of Tallapoosa County, Alabama.

Respectfully submitted this 14th day of December, 2007.

<div style="margin-left: 50%;">

LEURA G. CANARY
United States Attorney

By: _____

R. Randolph Neeley
Assistant United States Attorney
Bar Number: #9083-E56R
Attorney for Defendant
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of

the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy

of same to the following:

Irene Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078

Assistant United States Attorney

Page 3 of 3

# ATTACHMENT 3

# IN THE SMALL CLAIMS COURT OF
## TALLAPOOSA COUNTY, ALABAMA

ROBERT WASSERMAN,                )
                                 )
    Plaintiff,               )
                                 )
    v.                       )   Case Number: **SM-07-342**
                                 )
GREGORY LONG, Executive Director, )
Federal Retirement Thrift Investment )
Board.                           )

## NOTICE OF FILING REMOVAL

Frank Lucas
Clerk of the Court
125 N. Broadnax St., Rm. 132
Dadeville, AL 36853


    PLEASE TAKE NOTICE that on this 14th day of December, 2007, the United

States filed in the office of the Clerk of the United States District Court for the Middle

District of Alabama a Notice of Removal and Substitution of the above-styled action to

that Court. A copy of that Notice is hereby filed with this Court. This action has been

removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d),

this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 14th day of December, 2007.

LEURA G. CANARY
United States Attorney

By:
R. Randolph Neeley
Assistant United States Attorney
Bar Number: #9083-E56R
Attorney for Defendant
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of

the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy

of same to the following:

Robert Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078

Assistant United States Attorney

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

ROBERT WASSERMAN,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )        ACTION NO.:_____
                                     )
GREGORY LONG, Executive Director,    )
Federal Retirement Thrift Investment )
Board,                               )
                                     )
            Defendant.               )

## NOTICE OF REMOVAL

Petitioner, Gregory Long, Executive Director, Federal Retirement Thrift

Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), by and

through Leura G. Canary, United States Attorney for the Middle District of Alabama,

respectfully petitions for removal of this action from the Small Claims Court of

Tallapoosa County, Alabama, to the United States District Court for this District, and in

support thereof, represent the following:

1.      That Petitioner, Gregory Long, Executive Director, Federal Retirement

Thrift Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), is

a named Defendant in the above-captioned civil action which is pending in the Small

Claims Court of Tallapoosa County, Alabama, Civil Action No. SM-07-341. Copies of

all process, pleadings, and orders served upon Defendants in such action are attached

hereto.

2.    That the above-captioned action is one which may be removed without bond to this court pursuant to 28 U.S.C. §§ 1442(a)(1), for the reasons that this is an action against an officer and/or agency of the United States for any act under color of such office.

WHEREFORE, Petitioner prays that said action be removed from the Small Claims Court of Tallapoosa County, Alabama.

Respectfully submitted this 14th day of December, 2007.

> LEURA G. CANARY
> United States Attorney
>
> By: _____
> R. Randolph Neeley
> Assistant United States Attorney
> Bar Number: #9083-E56R
> Attorney for Defendant
> United States Attorney's Office
> Post Office Box 197
> Montgomery, AL  36101-0197
> Telephone: (334) 223-7280
> Facsimile:  (334) 223-7418
> E-mail:  rand.neeley@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of

the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy

of same to the following:

Robert Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078

Assistant United States Attorney

## IN THE SMALL CLAIMS COURT OF
## TALLAPOOSA COUNTY, ALABAMA

ROBERT WASSERMAN,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )   Case Number: **SM-07-342**
                                     )
, GREGORY LONG, Executive Director,  )
Federal Retirement Thrift Investment )
Board.                               )

## <u>NOTICE OF FILING REMOVAL</u>

Frank Lucas
Clerk of the Court
125 N. Broadnax St., Rm. 132
Dadeville, AL 36853

PLEASE TAKE NOTICE that on this 14th day of December, 2007, the United

States filed in the office of the Clerk of the United States District Court for the Middle

District of Alabama a Notice of Removal and Substitution of the above-styled action to

that Court. A copy of that Notice is hereby filed with this Court. This action has been

removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d),

this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 14th day of December, 2007.

LEURA G. CANARY
United States Attorney

By:

R. Randolph Neeley
Assistant United States Attorney
Bar Number: #9083-E56R
Attorney for Defendant
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of

the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy

of same to the following:

Robert Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078

Assistant United States Attorney

**Case Action Summary - 02SM200700034200**

| Date | Time | Code | Comments | Operator |
|------|------|------|----------|----------|
| 11/26/2007 | 3:16:26 | FILE | FILED THIS DATE: 11/15/2007          (AV01) | BRF |
| 11/26/2007 | 3:16:27 | ORIG | ORIGIN: INITIAL FILING          (AV01) | BRF |
| 11/26/2007 | 3:16:28 | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | BRF |
| 11/26/2007 | 3:16:29 | ASSJ | ASSIGNED TO JUDGE: CLAYTON KIM TAYLOR          (AV01) | BRF |
| 11/26/2007 | 3:16:30 | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | BRF |
| 11/26/2007 | 3:16:31 | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | BRF |
| 11/26/2007 | 3:17:01 | PART | WASSERMAN ROBERT ADDED AS C001          (AV02) | BRF |
| 11/26/2007 | 3:17:32 | PART | LONG GREGORY ADDED AS D001          (AV02) | BRF |
| 11/26/2007 | 3:17:33 | SUMM | CERTIFIED MAI ISSUED: 11/26/2007 TO D001    (AV02) | BRF |
| 12/11/2007 | 10:43:22 | SERC | D001 SERVED CERTIFIED MAIL ON 11/30/2007 | BRF |
| 12/11/2007 | 10:43:58 | SERC | D001 SERVED CERTIFIED MAIL ON 11/30/2007 | BRF |

*END OF THE REPORT*

| State of Alabama<br>Unified Judicial System<br><br>Form SM-1 (front)  Rev. 3/95 | **STATEMENT OF CLAIM**<br>(Complaint)<br>General | Case Number<br>SM-07-342 |
|---|---|---|

IN THE SMALL CLAIMS COURT OF ___TALLAPOOSA___ , ALABAMA
*(Name of County)*

Robert WASSERMAN                              v. GREGORY T. LONG
**Plaintiff**                                         **Defendant**

Plaintiff's    Robert WASSERMAN
Home Address  4554 NOTASULGA RD.
              TALLASSEE, AL. 36078

Defendant(s)  EXECUTIVE DIRECTOR
Home Address  FEDERAL RETIREMENT THRIFT
              INVESTMENT BOARD.
              1250 H STREET NW
              WASHINGTON, D.C. 20005

Plaintiff's Attorney's
Address

Additional
Defendant(s)  BHM. OFFICE MANAGER
and Addresses  P.O. BOX 385021
              BHM, AL. 35238

### NOTICE TO EACH DEFENDANT - READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

### COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ 5,000.00 because: the BHM OFFICE STAFF FAILED TO NOTIFY ME OF WHAT THEY VIEWED AS TWO (2) AGE BASED WITHDRAWAL REQUESTS OF $70,000 EACH. THE NEGLECT CAUSED BY LACK OF NOTIFICATION AS REQUIRED BY THE TSP PLAN CAUSED ME TO INCUR AN EXTRA 2006 TAX OF $5,210.

2. Plaintiff also claims from the defendant court costs in the sum of $ 111.00 (see note below), plus $_____ for interest and $_____ for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides).

NOTE:     The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

CLERK'S ADDRESS:
   **Frank Lucas, Circuit Clerk**
   **Tallapoosa County Courthouse**
   **125 N. Broadnax St., Room 132**
   **Dadeville, AL 36853**

Clerk's Phone No. _____

*(See instructions on the Back)*

Plaintiff or Plaintiff's Attorney (Signature)
Attorney Code _____

Plaintiff's or Plaintiff's Attorney's Phone Number

Date of Filing _____

RECEIVED
NOV 2007
FRANK LUCAS
CIRCUIT CLERK

**Form SM-1 (back)**    **Rev. 3/95**

## INSTRUCTIONS TO THE PLAINTIFF'S

This is your case, and if you are acting as your own lawyer, you are responsible in seeing that your claim is successfully presented at each stage of the procedure until it is concluded.

The clerk of the court has a brochure which tells you how to handle a Small Claims case. This brochure is free to you on request.

1. You must complete one of these forms for each defendant you wish to sue. Each defendant must be described by his/her correct legal name and address (not a post office box). Be as brief as possible but include every important name, date and place.
2. To start your case you must file the completed form with the clerk assigned to Small Claims cases. The clerk will stamp a copy for you to show that the case has been filed and will insert the number of the case on the front of this form.
3. You are responsible for seeing that each defendant receives a copy of this form. If you haven't heard from anyone about the case in about fourteen days, then check with the clerk's office, to make sure that each defendant has been served.
4. If any of the defendants ask for a trial you will be notified of the place, the date, and the time. You must be present or your case will be dismissed. You may take a judgment by default fourteen (14) days after the defendant has received a copy of this form, if the defendant fails to file his/her Answer.
5. You are responsible to see to the enforcement of any judgment that is awarded to you. The Small Claims brochure will tell you how to go about recovering your money. It is not the responsibility of the court or the clerk to collect the judgment for you.

**ANY TIME YOU CONTACT THE CLERK ABOUT THIS CASE YOU MUST REFER TO THE CASE NUMBER ON THE FRONT.**

## INSTRUCTIONS TO SHERIFF OR PROCESS SERVER

**To Any Sheriff or Any Person Authorized by Rule 4.1(b)(1) or 4.1(b)(2) of the Alabama Rules of Civil Procedure to Effect Service in the State of Alabama.**

You are hereby commanded to serve this summons and a copy of the Statement of Claim in this action upon the defendant(s) named

_____

and make proper return to this court.

Date _____ 11-26-07 _____        _Frank Lucas_        By _RDH_
                                  Clerk

**RETURN ON SERVICE:**

Served on defendant(s) named _____

_____

by delivering a copy of the Summons and Statement of Claim to him/her in _____

County, Alabama, on (Date) _____

_____
Process Server Signature

_____
Title of Process Server

This service by certified mail of this Summons and Statement of Claim is initiated upon the request of _____
_____ pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

Date Requested _____     Date Mailed _____

Return Receipt Date _____     _____ BY:_____
                                                  Clerk

```
                    ALABAMA JUDICIAL DATA CENTER
                        DEFENDANTS ANSWER
                        SMALL CLAIMS          CASE:SM 2007 000342.00 CKT
    --------------------------------------------------------------------
    THE DISTRICT COURT OF TALLAPOOSA     COUNTY          DT FILED: 11/15/2007

    ROBERT WASSERMAN VS GREGORY T.LONG

     LONG GREGORY
     1250 H STREET NW

     WASHINGTON, DC   20005-0000
                 SSN: 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     HOME PHONE:_____ WORK:_____
    --------------------------------------------------------------------
    DEFENDANTS ANSWER TO THE COMPLAINT: PLEASE PRINT

    NOTICE: IF YOU HAVE BEEN SUED IN A COUNTY IN WHICH YOU DO NOT LIVE AND IF
    THE SUIT AGAINST YOU IS NOT FOR SERVICES OR WORK AND LABOR PERFORMED IN
    THE COUNTY WHERE SUIT HAS BEEN FILED, YOU MAY REQUEST THAT IT BE
    TRANSFERRED TO YOUR HOME COUNTY. IF THIS APPLIES, COMPLETE "A" BELOW.

    CHECK ONE:

    A _____ I DO NOT LIVE IN THIS COUNTY, I WANT THIS CASE TRANSFERRED TO MY
               HOME COUNTY OF _____.
    B _____ I ADMIT EVERYTHING IN THE STATEMENT OF CLAIM AND DO NOT WANT
               A TRIAL   (THIS MEANS THAT YOU CONSENT TO A JUDGMENT FOR THE
               AMOUNT CLAIMED PLUS COURT COSTS.)
    C _____ I ADMIT I OWE SOME MONEY, BUT NOT THE TOTAL AMOUNT CLAIMED BY THE
               PLAINTIFF(S). (IF THIS BLOCK IS CHECKED, THE CASE WILL BE SET
               FOR TRIAL. PLEASE NOTE THAT ANY MONEY PAID BY YOU ON THIS
               CLAIM AFTER THE SUIT WAS FILED MAY NOT BE REFLECTED ON THE
               STATEMENT OF CLAIM WHICH YOU RECEIVED. YOU SHOULD CONTACT THE
               PERSON WHO HAS SUED YOU OR HIS ATTORNEY TO DETERMINE THE
               PRESENT BALANCE WHICH IS CLAIMED.)
    D _____ I DENY THAT I AM RESPONSIBLE AT ALL. (EXPLAIN BELOW)

    IF YOU CHECKED "C" OR "D", BRIEFLY EXPLAIN THE REASONS FOR YOUR ANSWER.


    --------------------------------------------------------------------
    NAME AND ADDRESS OF EMPLOYER                    |  BUSINESS PHONE
                                                    |
                                                    |
                                                    |
                                                    |
    --------------------------------------------------------------------
    THIS ANSWER MUST BE SIGNED BY THE PERSON OR PERSONS WHO HAVE BEEN SUED OR
    THEIR ATTORNEY. AN ANSWER WHICH IS NOT SIGNED OR WHICH IS NOT SIGNED BY
    THE PROPER PERSON CANNOT BE CONSIDERED.
    --------------------------------------------------------------------
    KEEP A COPY FOR YOUR FILES. MAIL ORIGINAL TO THE COURT ADDRESS BELOW.
    MAIL A COPY TO THE PLAINTIFFS ATTORNEY AT THE ABOVE ADDRESS.


                          ****SIGNATURE OF DEFENDANT OR ATTORNEY****

                 ADDRESS: _____

                          _____

        CLERK:FRANK LUCAS
              125 N BROADNAX ST. RM 132

              DADEVILLE  AL   36853
              (256)825-1098
    --------------------------------------------------------------------
OPERATOR: BRF
PREPARED: 11/26/2007
```

# ATTACHMENT 4

FILE COPY

IN THE SMALL CLAIMS COURT OF
TALLAPOOSA COUNTY, ALABAMA

RECEIVED
DEC 2007
FRANK LUCAS
CIRCUIT CLERK

ROBERT WASSERMAN,                         )
                                          )
                Plaintiff,                )
                                          )
        v.                                )    Case Number: **SM-07-342**
                                          )
GREGORY LONG, Executive Director,        )
Federal Retirement Thrift Investment      )
Board.                                    )

## MOTION TO SET ASIDE DEFAULT JUDGMENT

Comes now the defendant, Gregory Long, Executive Director, Federal Retirement

Thrift Investment Board, by and through Leura G. Canary, United States Attorney for the

Middle District of Alabama, and pursuant to Rule 55(c), Alabama Rules of Civil

Procedure, requests this Court set aside the default judgment entered herein on December

26, 2007, and as grounds states as follows:

1.      The complaint in this matter was filed November 15, 2007.

2.      On November 26, 2007, the summons and complaint were issued via

certified mail to the defendant and same were received by an employee of the defendant's

agency on November 30, 2007.

3.      Thereafter, or December 14, 2007, the defendant filed in the United States

District Court for the Middle District of Alabama a Notice of Removal of this cause from

this Court to the United States District Court for the Middle District of Alabama, and a

Notice of Filing Removal with this Court and served copies of the pleadings upon the

plaintiff via US Mail. *See, Exhibit 1 attached hereto.*

4.    On December 19, 2007, this Court received notice of the defendant's removal of this cause.

5.    On December 26, 2007, this Court entered a default judgment against the defendant.

6.    Title 28, United States Code, Section 1446(d) states, "[p]romptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded."

7.    "Once removal was effectuated, the state trial court was divested of jurisdiction over the underlying case and could not, in the absence of an order of remand, take any further action regarding the case." Weinrib v. Duncan, 962 So.2d 167, 169 (Ala. 2007).

8.    Alabama Rule of Civil Procedure 55(c) states, in pertinent part, "[t]he court may also set aside a judgment by default on the motion of a party filed not later than thirty (30) days after the entry of the judgment."

9.    This Court was "divested of jurisdiction" on December 14, 2007, when the matter was removed to the United States District Court for the Middle District of Alabama and since this matter has not since been remanded, this Court was without jurisdiction over this matter at the time of the entry of its default judgment.

WHEREFORE, premises considered, the defendant respectfully requests that the order of default judgment entered herein on December 26, 2007, be set aside and that the record of these proceedings be so corrected such that the defendant may not be made to suffer the possible adverse consequences of same.

Respectfully submitted this 28th day of December, 2007.

LEURA G. CANARY
United States Attorney

By:

R. Randolph Neeley
Assistant United States Attorney
Bar Number:  #9083-E56R
Attorney for Defendant
United States Attorney's Office
Post Office Box 197
Montgomery, AL  36101-0197
Telephone: (334) 223-7280
Facsimile:  (334) 223-7418
E-mail:  rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I filed the foregoing with the Clerk of

the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy

of same to the following:

> Robert Wasserman
> 4554 Notasulga Rd.
> Tallassee, AL 36078

Assistant United States Attorney

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
~~NORTHERN~~ DIVISION
Eastern

ROBERT WASSERMAN,                    )

        Plaintiff,          RECEIVED

                                 )

     v.                    DEC 1 4 2007  ACTION NO.: 3:07cv 1092 - WKW

GREGORY LONG, Executive Director,  )
Federal Retirement Thrift Investment   CLERK
Board,                         U.S. DISTRICT COURT
                               MIDDLE DIST. OF ALA.
                                 )
        Defendant.          )

## NOTICE OF REMOVAL

Petitioner, Gregory Long, Executive Director, Federal Retirement Thrift

Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), by and

through Leura G. Canary, United States Attorney for the Middle District of Alabama,

respectfully petitions for removal of this action from the Small Claims Court of

Tallapoosa County, Alabama, to the United States District Court for this District, and in

support thereof, represent the following:

1.      That Petitioner, Gregory Long, Executive Director, Federal Retirement

Thrift Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), is

a named Defendant in the above-captioned civil action which is pending in the Small

Claims Court of Tallapoosa County, Alabama, Civil Action No. SM-07-341. Copies of

all process, pleadings, and orders served upon Defendants in such action are attached

hereto.

DEFENDANT'S
EXHIBIT

CASE
NO.        1

EXHIBIT
NO.    Sm-07-342

2.    That the above-captioned action is one which may be removed without bond to this court pursuant to 28 U.S.C. §§ 1442(a)(1), for the reasons that this is an action against an officer and/or agency of the United States for any act under color of such office.

WHEREFORE, Petitioner prays that said action be removed from the Small Claims Court of Tallapoosa County, Alabama.

Respectfully submitted this 14th day of December, 2007.

LEURA G. CANARY
United States Attorney

By:

R. Randolph Neeley
Assistant United States Attorney
Bar Number: #9083-E56R
Attorney for Defendant
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of

the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy

of same to the following:

> Robert Wasserman
> 4554 Notasulga Rd.
> Tallassee, AL 36078

Assistant United States Attorney

# ATTACHMENT 5

```
------------------------------------------------------------------------
  AVSO351                                          SM 2007 000341.00

                                        JUDGE: CLAYTON KIM TAYLOR
------------------------------------------------------------------------
                    ALABAMA JUDICIAL DATA CENTER
                       CASE ACTION SUMMARY
                          SMALL CLAIMS
------------------------------------------------------------------------
  IN THE DISTRICT COURT OF TALLAPOOSA      COUNTY

  IRENE H.WASSERMAN VS GREGORY T.LONG
  FILED:  11/21/2007 TYPE: MISC SM CASE       TYPE TRIAL: NON-JURY  TRACK:
  ***********************************************************************
  DATE1:              CA:   DEFAULT JUDGMT  CA DATE:  12/26/2007
  DATE2:              AMT:       $3,000.00  PAYMENT:
  DATE3:
  ***********************************************************************
  PLAINTIFF  001: WASSERMAN IRENE H.
                  4554 NOTASULGA ROAD          ATTORNEY:

                  TALLASSEE, AL  36078-0000
                  PHONE: (256)000-0000         TYPE:
  ENTERED:  11/26/2007 ISSUED:
  SERVED:              ANSWERED:               JUDGEMENT:  12/26/2007
------------------------------------------------------------------------
  DEFENDANT  001: LONG GREGORY
                  1250 H.STREET NW             ATTORNEY: NEELEY R RANDOLPH
                                               NEE002    P O BOX 197
                  WASHINGTON, DC  20005-0000
                  PHONE: (256)000-0000              MONTGOMERY, AL  36104
  ENTERED:  11/26/2007 ISSUED:  11/26/2007 TYPE:   CERTIFIED  (205)223-7280
  SERVED:   11/28/2007 ANSWERED:               JUDGEMENT:  12/26/2007
------------------------------------------------------------------------
```

| | | |
|---|---|---|
| 11/26/2007 | ASSIGNED TO JUDGE: CLAYTON KIM TAYLOR | (AV01) |
| 11/26/2007 | ORIGIN: INITIAL FILING | (AV01) |
| 11/26/2007 | BENCH/NON-JURY TRIAL REQUESTED | (AV01) |
| 11/26/2007 | CASE SCANNED STATUS SET TO: N | (AV01) |
| 11/26/2007 | CASE ASSIGNED STATUS OF: ACTIVE | (AV01) |
| 11/26/2007 | WASSERMAN IRENE H. ADDED AS C001 | (AV02) |
| 11/26/2007 | LONG GREGORY ADDED AS D001 | (AV02) |
| 11/26/2007 | CERTIFIED MAI ISSUED: 11/26/2007 TO D001 | (AV02) |
| 12/11/2007 | D001 SERVED CERTIFIED MAIL ON 11/28/2007 | |
| 12/19/2007 | DEFAULT JUDGMENT ORDER  SENT TO | |
| 12/19/2007 | DEFAULT NOTICE  PREPARED ON D001 | |
| 12/19/2007 | DEFT'S NOTICE OF FILING REMOVAL | |
| 12/19/2007 | DEFT'S NOTICE OF REMOVAL. | |
| 12/20/2007 | PLTFS' MOTION TO CONDOLIDATE | |
| 12/26/2007 | CASE ASSIGNED STATUS OF: DISPOSED | (AV01) |
| 12/26/2007 | DISPOSED ON: 12/26/2007 BY (DEFAULT JUDGMT) | (AV01) |
| 12/26/2007 | COURT ACTION JUDGE: CLAYTON KIM TAYLOR | (AV01) |
| 12/26/2007 | C001 DISPOSED BY (DEFAULT JUDGMT) ON 12/26/2007 | |

```
------------------------------------------------------------------------
  BRF   02/20/2008                                 SM 2007 000341.00
```

```
AVSO351                                              SM 2007 000341.00

                                    JUDGE: CLAYTON KIM TAYLOR
------------------------------------------------------------------
                   ALABAMA JUDICIAL DATA CENTER
                     CASE ACTION SUMMARY
                        SMALL CLAIMS
------------------------------------------------------------------
  IN THE DISTRICT COURT OF TALLAPOOSA    COUNTY

  IRENE H. WASSERMAN VS GREGORY T. LONG
  FILED: 11/21/2007 TYPE: MISC SM CASE       TYPE TRIAL: NON-JURY  TRACK:
*****************************************************************
 DATE1:            CA:   DEFAULT JUDGMT  CA DATE:  12/26/2007
 DATE2:            AMT:      $3,000.00  PAYMENT:
 DATE3:
*****************************************************************
  12/26/2007    D001 DISPOSED BY (DEFAULT JUDGMT) ON 12/26/2007

  12/26/2007    JUDGMENT OF: $3000.00 VS. D001 ON 12/26/2007 (AV02)

  12/26/2007    COSTS OF: $111.00 VS. D001 ON 12/26/2007      (AV02)

  12/26/2007    JUDGEMENT NOTICE PREPARED ON D001

  12/26/2007    LISTED AS ATTORNEY FOR D001: NEELEY R RANDOLPH

  12/26/2007    JUDGEMENT NOTICE PREPARED ON D001

  12/26/2007    PLTFS RESPONSE TO ORDER

  12/31/2007    DEFT'S MOTION TO SET ASIDE DEFAULT JUDGMENT
```

I, Frank Lucas, Clerk of the Circuit Court of Tallapoosa County, Alabama, do hereby certify that the foregoing is a true and correct copy of the original *Case Action Summary* on file and enrolled in my office.
Witness my hand and the official seal of this court this the 20th day of February 2008
Frank Lucas BPL
——— Frank Lucas, Circuit Clerk ———

```
BRF   02/20/2008                                    SM 2007 000341.00
```

# ATTACHMENT 6

```
----------------------------------------------------------------------
  AVSO351                                          SM 2007 000342.00

                                          JUDGE: CLAYTON KIM TAYLOR
----------------------------------------------------------------------
                     ALABAMA JUDICIAL DATA CENTER
                        CASE ACTION SUMMARY
                           SMALL CLAIMS
----------------------------------------------------------------------
   IN THE DISTRICT COURT OF TALLAPOOSA      COUNTY

   ROBERT WASSERMAN VS GREGORY T.LONG
   FILED: 11/15/2007 TYPE: MISC SM CASE       TYPE TRIAL: NON-JURY  TRACK:
**********************************************************************
   DATE1:              CA:   DEFAULT JUDGMT  CA DATE:  12/26/2007
   DATE2:              AMT:      $3,000.00  PAYMENT:
   DATE3:
**********************************************************************
   PLAINTIFF  001: WASSERMAN ROBERT
                   4554 NOTASULGA ROAD          ATTORNEY:

                   TALLASSEE, AL  36078-0000
                   PHONE: (256)000-0000
   ENTERED:  11/26/2007 ISSUED:              TYPE:
   SERVED:              ANSWERED:             JUDGEMENT:  12/26/2007
----------------------------------------------------------------------
   DEFENDANT  001: LONG GREGORY
                   1250 H STREET NW          ATTORNEY: NEELEY R RANDOLPH
                                             NEE002
                   WASHINGTON, DC  20005-0000
                   PHONE: (256)000-0000
   ENTERED: 11/26/2007 ISSUED:  11/26/2007 TYPE:     CERTIFIED
   SERVED:  11/30/2007  ANSWERED:             JUDGEMENT:  12/26/2007
----------------------------------------------------------------------
```

| Date | Action | Code |
|------|--------|------|
| 11/26/2007 | FILED THIS DATE: 11/15/2007 | (AV01) |
| 11/26/2007 | ORIGIN: INITIAL FILING | (AV01) |
| 11/26/2007 | CASE SCANNED STATUS SET TO: N | (AV01) |
| 11/26/2007 | ASSIGNED TO JUDGE: CLAYTON KIM TAYLOR | (AV01) |
| 11/26/2007 | BENCH/NON-JURY TRIAL REQUESTED | (AV01) |
| 11/26/2007 | CASE ASSIGNED STATUS OF: ACTIVE | (AV01) |
| 11/26/2007 | WASSERMAN ROBERT ADDED AS C001 | (AV02) |
| 11/26/2007 | LONG GREGORY ADDED AS D001 | (AV02) |
| 11/26/2007 | CERTIFIED MAI ISSUED: 11/26/2007 TO D001 | (AV02) |
| 12/11/2007 | D001 SERVED CERTIFIED MAIL ON 11/30/2007 | |
| 12/11/2007 | D001 SERVED CERTIFIED MAIL ON 11/30/2007 | |
| 12/19/2007 | DEFAULT JUDGMENT ORDER  SENT TO | |
| 12/19/2007 | DEFAULT NOTICE  PREPARED ON D001 | |
| 12/19/2007 | DEFT'S NOTICE OF FILING REMOVAL | |
| 12/19/2007 | DEFT'S NOTICE OF REMOVAL | |
| 12/20/2007 | PLTF'S MOTION TO CONSOLIDATE | |
| 12/26/2007 | CASE ASSIGNED STATUS OF: DISPOSED | (AV01) |
| 12/26/2007 | DISPOSED ON: 12/26/2007 BY (DEFAULT JUDGMT) | (AV01) |

```
----------------------------------------------------------------------
BRF   02/20/2008                                 SM 2007 000342.00
```

```
AVSO351                                        SM 2007 000342.00

                                    JUDGE: CLAYTON KIM TAYLOR
------------------------------------------------------------------
                   ALABAMA JUDICIAL DATA CENTER
                     CASE ACTION SUMMARY
                        SMALL CLAIMS
------------------------------------------------------------------
    IN THE DISTRICT COURT OF TALLAPOOSA      COUNTY

    ROBERT WASSERMAN VS GREGORY T.LONG
    FILED: 11/15/2007 TYPE: MISC SM CASE      TYPE TRIAL: NON-JURY  TRACK:
****************************************************************
DATE1:            CA:   DEFAULT JUDGMT  CA DATE: 12/26/2007
DATE2:            AMT:      $3,000.00  PAYMENT:
DATE3:
****************************************************************
   12/26/2007    COURT ACTION JUDGE: CLAYTON KIM TAYLOR      (AV01)

   12/26/2007    C001 DISPOSED BY (DEFAULT JUDGMT) ON 12/26/2007

   12/26/2007    D001 DISPOSED BY (DEFAULT JUDGMT) ON 12/26/2007

   12/26/2007    LISTED AS ATTORNEY FOR D001: NEELEY R RANDOLPH

   12/26/2007    JUDGMENT OF: $3000.00 VS. D001 ON 12/26/2007(AV02)

   12/26/2007    COSTS OF: $111.00 VS. D001 ON 12/26/2007    (AV02)

   12/26/2007    JUDGEMENT NOTICE PREPARED ON D001

   12/26/2007    JUDGEMENT NOTICE PREPARED ON D001

   12/26/2007    PLTF'S RESPONSE TO ATTACHED ORDER

   12/31/2007    DEFT'S MOTION TO SET ASIDE DEFAULT JUDGMENT
```

I, Frank Lucas, Clerk of the Circuit Court of Tallapoosa County, Alabama, do hereby certify that the foregoing is a true and correct copy of the original _Case Action Summary_ on file and enrolled in my office.

Witness my hand and the official seal of this court this the 20th day of _February_ 2008

_Frank Lucas_ BBH

Frank Lucas, Circuit Clerk

```
BRF  02/20/2008                              SM 2007 000342.00
```